```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    AMY E. POMERANTZ (Cal. Bar No. 275691)
 4  Assistant United States Attorney
    Violent and Organized Crime Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0730
 7       Facsimile: (213) 894-0141
         E-mail:    amy.pomerantz@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT

SEP - 6 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 19-00515-VAP |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF AMY E. POMERANTZ |
| v. | |
| JAMES DAVOLT, | **(UNDER SEAL)** |
| Defendant. | |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//
//
//

1   This ex parte application is made pursuant to Federal Rule of
2   Criminal Procedure 6(e)(4) and is based on the attached declaration
3   of Amy E. Pomerantz.

4   Dated: September 6, 2019          Respectfully submitted,

                                       NICOLA T. HANNA
                                       United States Attorney

                                       BRANDON D. FOX
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                       /s/ Amy E. Pomerantz
                                       _____
                                       AMY E. POMERANTZ
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**DECLARATION OF AMY E. POMERANTZ**

I, AMY E. POMERANTZ, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. JAMES DAVOLT, No. , the indictment in which is being presented to a federal grand jury in the Central District of California on September 6, 2019.

2. Defendant has not been taken into custody on the charges contained in the indictment and has been informed that he is being named as a defendant in the indictment to be presented to the grand jury on September 6, 2019. The likelihood of apprehending defendant might jeopardized if the indictment in this case were made publicly available before defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 4, 2019.

AMY E. POMERANTZ